IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30865
Summary Calendar
_____

DAVID PFEIFER,

Plaintiff-Appellant,

versus

STATE FARM INSURANCE COMPANY; ET AL,,

Defendants,

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court for
the Eastern District of Louisiana
(96-CV-1895)
_____
August 14, 1998

Before REAVLEY, KING and DAVIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons

given in the Order dated July 24, 1997.


AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.